# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2486
_____

ERNEST LEE ARCHIE JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.


April 15, 2026

PER CURIAM.

AFFIRMED. *See McGlaun v. State*, 420 So. 3d 634, 636 (Fla. 1st DCA 2025) ("Since any error here is harmless, Appellant's HFO sentence is affirmed."); *see also Hicks v. State*, 422 So. 3d 607, 608 (Fla. 1st DCA 2025) (affirming sentence imposed under prison releasee reoffender statute when harmless beyond a reasonable doubt).

ROWE, WINOKUR, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Ross S. Haine, II, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Virginia C. Harris, Assistant Attorney General, Tallahassee, for Appellee.